RANDY S. GROSSMAN
United States Attorney
JILL S. STREJA
New York Bar No. 4856324
C. SETH ASKINS
California Bar No. 235190
Assistant U.S. Attorneys
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8401
Email: jill.streja@usdoj.gov
       seth.askins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR187-CAB |
| Plaintiff, | STIPULATION REGARDING FORFEITURE |
| v. | |
| KEENON GREEN, | |
| Defendant. | |

    Comes now the plaintiff, United States of America, through its counsel, Randy S. Grossman, United States Attorney, and Jill S. Streja and C. Seth Askins, Assistant U.S. Attorneys, and defendant Keenon Green, through his counsel Paul Allen Barr and Brittany L. Sherron, and enters into the following stipulation with regard to the issue of forfeiture in this case.

    Defendant has been advised of his right to jury determination regarding whether any property was involved in the commission of the offenses alleged in the indictment, and knowingly and voluntarily waives his right to trial by jury on such issue.

//
//

In the event Defendant is found guilty of either count of the Indictment, Defendant agrees his interest in the following items shall be forfeited to the United States pursuant to 18 U.S.C. §§ 1594 and 2258:

    **1.    One (1) iPhone 8 plus, SN: F2LWWQU5JWLM.**

Defendant consents and agrees to the immediate entry of a preliminary order of forfeiture upon entry of a guilty verdict on either count set forth in the Indictment. Defendant further agrees that upon entry of the preliminary order of forfeiture, such order will be considered final as to Defendant's interests in the property described above.

Defendant agrees to execute any and all documents requested by the United States to facilitate or complete the forfeiture process(es).

Defendant further agrees not to contest or to assist any other person or entity in contesting the forfeiture of any properties seized in connection with this case in the forfeiture proceedings ancillary to this criminal case, and in any related administrative and civil forfeiture proceeding.

Defendant waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. Defendant acknowledges that Defendant understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the Court to advise Defendant of this, pursuant to Rule 11(b)(1)(J).

//
//
//
//
//
//
//
//

To the extent practicable, the United States will facilitate the retrieval of personal items of Defendant that do not constitute contraband, from the forfeited items.

Date: 2/15/23

RANDY S. GROSSMAN
United States Attorney

JILL S. STREJA
C. SETH ASKINS
Assistant U.S. Attorneys

Date: 2-15-23

KEENON GREEN
Defendant

Acknowledgment by Counsel:

Date: 02/15/23

PAUL A. BARR
BRITTANY L. SHERRON
Counsel for Defendant

2/15/2023

IT IS SO ORDERED

Cathy Ann Bencivengo
U.S. District Judge

3